Richard Lewis BECKWITH,
Plaintiff–Appellant,

v.

Virginia GIROUX; Klimkiewicz, Physician's Assistant; Doctor Moubarek, Clinical Director; Isam Elyan; Dawn Williams, R.N.; Jody Amezcua, R.N.; Lisa Dudek, R.N.; Jane Doe(s), # 1–25; John Doe(s), # 1–25, Defendants–Appellees.

No. 02–7231.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 2, 2002.

Richard Lewis Beckwith, Appellant Pro Se. Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Lewis Beckwith appeals the district court's order denying relief on his complaint alleging claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court that Beckwith has not exhausted administrative remedies with respect to his *Bivens* claims.* *See Beckwith v. Giroux,* No. CA–02–1799 (D. Md. filed Aug. 8, 2002 & entered Aug. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Beckwith abandoned his remaining claims on appeal. *See* 4th Cir. R. 34(b).